# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: PHOENIX INTERFACE TECHNOLOGIES, LLC | CASE NO: 2:19-bk-00459-MCW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 37 |

On 2/19/2019, I did cause a copy of the following documents, described below,

Interim Order Authorizing the Use of Cash Collateral ECF Docket Reference No. 37

Budget attached to Interim Order Authorizing the Use of Cash Collateral 37-1

Interim Order Determining Adequate Assurance of Performance 38

Interim Order Approving Financing of Accounts and Granting Replacement Liens 39

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/19/2019

/s/ Kelly G. Black
Kelly G. Black  016376
Kelly G. Black, PLC
1152 E Greenway St, Ste 4
Mesa, AZ  85203-4360
480 639 6719

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: PHOENIX INTERFACE TECHNOLOGIES, LLC | CASE NO: 2:19-bk-00459-MCW |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 37 |

On 2/19/2019, a copy of the following documents, described below,

Interim Order Authorizing the Use of Cash Collateral ECF Docket Reference No. 37

Budget attached to Interim Order Authorizing the Use of Cash Collateral 37-1

Interim Order Determining Adequate Assurance of Performance 38

Interim Order Approving Financing of Accounts and Granting Replacement Liens 39

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/19/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kelly G. Black
Kelly G. Black, PLC
1152 E Greenway St, Ste 4
Mesa, AZ  85203-4360

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>09702<br>CASE 2-19-BK-00459-MCW<br>DISTRICT OF ARIZONA<br>PHOENIX<br>TUE FEB 19 06-11-02 MST 2019 | ICON OWNER POOL I WESTSOUTHWEST LLC<br>CO BRIAN BERGIN ESQ<br>BERGIN FRAKES SMALLEY OBERHOLTZER<br>4343 E CAMELBACK ROAD 210<br>PHOENIX AZ 85018-2756 | ~~EXCLUDE~~<br>~~PHOENIX INTERFACE TECHNOLOGIES LLC~~<br>~~520 N EMERSON~~<br>~~MESA AZ 85201-5516~~ |
| US BANKRUPTCY COURT ARIZONA<br>230 NORTH FIRST AVENUE SUITE 101<br>PHOENIX AZ 85003-0608 | ACCUZONA STEEL RULE DIE INC<br>2346 E UNIVERSITY DR STE 170<br>PHOENIX AZ 85034-6828 | ADVANTAGE BUSINESS CAPITAL INC<br>CO BRAD BAIRD<br>4605 POST OAK PLACE DRIVE SUITE 105<br>HOUSTON TX 77027-9732 |
| AERO SPACE SOUTHWEST<br>21450 N THIRD AVE<br>PHOENIX AZ 85027-2946 | AMERICAN EXPRESS<br>PO BOX 297879<br>FORT LAUDERDALE FL 33329-7879 | ARIZONA DEPARTMENT OF REVENUE<br>1600 W MONROE ST<br>PHOENIX AZ 85007-2650 |
| CORPORATION SERVICE COMPANY AS REP<br>PO BOX 2576<br>SPRINGFIELD IL 62708-2576 | COX COMMUNICATIONS<br>ATTN BANKRUPTCY CENTER<br>1341 CROSSWAYS BLVD<br>CHESAPEAKE VA 23320-2897 | COX COMMUNICATIONS<br>PO BOX 1259<br>DEPT 102285<br>OAKS PA 19456-1259 |
| DON KENNEY<br>249 N WESTWOOD<br>MESA AZ 85201-6316 | EVEREST BUSINESS FUNDING<br>8200 NW 52ND TER 2ND FLOOR<br>BROWNSVILLE TX 33166-7852 | FRONTLINE ASSET STRATEGIES<br>2700 SNELLING AVE N STE 250<br>ROSEVILLE MN 55113-1783 |
| GLP US HEADQUARTERS<br>CO KYLE RICKMAN<br>2 NORTH RIVERSIDE PLAZA SUITE 2350<br>CHICAGO IL 60606-2617 | H MILES COHN<br>CRAIN CATON JAMES<br>1401 MCKINNEY ST SUITE 1700<br>HOUSTON TX 77010-1079 | HARDY CUSTOMS<br>1140 W ALAMEDA STE 102<br>TEMPE AZ 85282-3346 |
| HY TECH FORMING SYSTEMS USA INC<br>CO RUSSELL NELSON<br>2425 W DESERT COVE AVE<br>PHOENIX AZ 85029-4750 | ICON OWNER POOL WESTSOUTHWEST LLC<br>ATTN BRIAN BERGIN<br>BERGIN FRAKES SMALLEY OBERHOLTZER PLL<br>4343 E CAMELBACK ROAD 210<br>PHOENIX AZ 85018-2756 | IPM PRODUCTS MANUFACTURING INC<br>PO BOX 102973<br>DENVER CO 80250-2973 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KENNEY FACTORING LLC<br>CO DON KENNEY<br>249 N WESTWOOD<br>MESA AZ 85201-6316 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| LEROY BREINHOLT AND DARIN EDWARDS<br>2323 W UNIVERSITY DR<br>TEMPE AZ 85281-7223 | ON DECK CAPITAL INC<br>901 N STUART ST SUITE 700<br>ARLINGTON VA 22203-4129 | PAYROLL FUNDING<br>95 ROUTE 17 SOUTH SUITE 310<br>PARAMUS NJ 07652-2626 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| POLLEN TECH LLC<br>520 N EMERSON<br>MESA AZ 85201-5516 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RICK DURFEE<br>1423 S HIGLEY RD STE 127<br>MESA AZ 85206-3450 |
| SRP BUSINESS CENTER PAB361<br>PO BOX 52025<br>PHOENIX AZ 85072-2025 | SRP MAILSTOP ISB232<br>PO BOX 52025<br>PHOENIX AZ 85072-2025 | SAGE CAPITAL RECOVERY INC<br>1040 KING HWY N<br>CHERRY HILL NJ 08034-1908 |
| SCRIVEN PRECISION FABRICATING<br>6740 W CHICAGO ST<br>CHANDLER AZ 85226-3318 | SHAFFER BROTHERS<br>CO CHRIS SHAFFER<br>28244 N 67TH ST<br>CAVE CREEK AZ 85331-6550 | SHAFFER BROTHERS<br>CO JEFF SHAFFER<br>5847 E DALE LN<br>CAVE CREEK AZ 85331-3437 |
| STAG ENTERPRISE INC<br>383 WILBANKS DR<br>BALL GROUND GA 30107-6002 | TM VENTURES LLC<br>CO DON KENNEY<br>249 N WESTWOOD<br>MESA AZ 85201-6316 | THOMAS BROWN JR<br>520 N EMERSON<br>MESA AZ 85201-5516 |
| THOMAS L BROWN<br>520 N EMERSON<br>MESA AZ 85201-5516 | TODD KENNEY<br>TM VENTURES LLC<br>9130 E PLATA AVE<br>MESA AZ 85212-2820 | TREVOR RAY<br>467 S 31ST STREET<br>MESA AZ 85204-3103 |
| TURNER TAX AND ACCOUNTING<br>3613 W FOLLEY ST<br>CHANDLER AZ 85226-4912 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~OFFICE OF THE US TRUSTEE~~<br>~~230 NORTH FIRST AVENUE~~<br>~~SUITE 204~~<br>~~PHOENIX AZ 85003-1725~~ | VOIPLY LLC<br>2223 WIGHTMAN STREET<br>PITTSBURGH PA 15217-2065 |
| VOIPLY LLC<br>301 GRANT ST 4300<br>PITTSBURGH PA 15219-6405 | ZWICKER AND ASSOCIATES<br>79 MINUTEMAN RD<br>ANDOVER MA 01810 | ~~EXCLUDE~~<br>~~KELLY G BLACK~~<br>~~KELLY G BLACK PLC~~<br>~~1152 E GREENWAY ST STE 4~~<br>~~MESA AZ 85203-4360~~ |